**Jose J. OLAGUES, on behalf of himself and all others similarly situated, Plaintiffs-Appellants,**

v.

**Joseph P. RUSSONIELLO, individually and in his capacity as United States Attorney for the Northern District of California, et al., Defendants-Appellees.**

**Jose J. OLAGUES, on behalf of himself and all others similarly situated; Hispanic Coalition for Human Rights, Chinese for Affirmative Action, and San Francisco Latino Voter Registration Education Project, Plaintiffs-Appellants,**

v.

**Joseph P. RUSSONIELLO, individually and in his capacity as United States Attorney for the Northern District of California; O'Malley, William A., individually and in his capacity as District Attorney for Santa Clara County; Underwood, Lon, Individually and in his capacity as registrar of voters for Contra Costa County; Smith, Arlo, individually and in his capacity as District Attorney for San Francisco County, et al., Defendants-Appellees.**

Nos. 82–4427, 83–2581.

United States Court of Appeals, Ninth Circuit.

Nov. 12, 1987.

Joaquin G. Avila and Ronald T. Vera, American Civil Liberties Union, Alan L.

Schlosser, San Francisco, Cal., and California Rural Legal Assistance, Kathleen A. Pool, Marysville, Cal., for plaintiffs-appellants.

William T. McGivern, Tarkington, Carey, O'Conner & O'Neill, John D. O'Connor, San Francisco, Cal., for defendants-appellees.

Before BROWNING, Chief Judge, WALLACE, SNEED, HUG, TANG, SKOPIL, SCHROEDER, PREGERSON, ALARCON, FERGUSON and BEEZER, Circuit Judges.

### ORDER

Pursuant to the United States Supreme Court's decision in *Russoniello v. Olagues*, ___ U.S. ___, 108 S.Ct. 52, 98 L.Ed.2d 17 (1987), the judgment of this. court filed August 26, 1986, 797 F.2d 1511 (9th Cir. 1986) (en banc), is vacated. The case is remanded to the United States District Court for the Northern District of California for dismissal as moot. *United States v. Munsingwear*, 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950).